# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 100 MM 2014
:
Respondent :
:
:
:
v. :
:
:
CHRISTOPHER HOLMES, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **GRANTED**. Counsel is directed to file the already-prepared Petition for Allowance of Appeal within 48 hours of this order.

    Justice Stevens would indicate in the order that counsel was negligent.